ACCEPTED
03-15-00763-CV
8389079
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 11:21:23 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00763-CV

| | | |
|---|---|---|
| TWIN CREEKS GOLF GROUP, L.P. | § | IN THE THIRD DISTRICT |
|    Appellant | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| SUNSET RIDGE OWNERS | § | |
| ASSOCIATION, INC. | § | |
|    Appellee, | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 11:21:23 AM
JEFFREY D. KYLE
Clerk

### APPELLANT'S, TWIN CREEKS GOLF GROUP, UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant, Twin Creeks Golf Group, L.P., asks the Court to extend the time to file its brief.

### INTRODUCTION

1. Appellant is Twin Creeks Golf Group, L.P., ("TCGG"). Appellee is the Sunset Ridge Owners Association, Inc.

2. There is no specific deadline to file this motion to extend time. *See* TEX. R. APP. P. 38.6(d).

3. Appellee does not agree to this motion but does not oppose it.

### ARGUMENT AND AUTHORITIES

4. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5. Appellant's brief is due January 7, 2016.

Appellant's Unopposed Motion to Extend Time to File Brief          1

6. Appellant has filed a motion to dismiss this appeal for lack of jurisdiction based on the premise that the order subject of the appeal is not a final appealable order. Appellant asks that the deadline to file its brief be extended to the later of 30 days after the Court Rules on Appellant's, Twin Creeks Golf Group, L.P., Motion to Dismiss for Lack of Jurisdiction or to February 8, 2016.

7. Appellant makes this request on two distinct bases. First, Appellant's counsel needs additional time to prepare Appellant's brief. Notice of appeal was filed on December 4, 2015. The Clerk's Record was filed very promptly, on December 8, 2015. In addition to the typical holiday time constraints and end of year issues, counsel for Appellant has a family wedding in Alabama on New Year's Eve. Because of the intervening holidays and the end of the year issues, counsel for Appellant seeks additional time to prepare Appellant's brief.

8. The second basis on which Appellant seeks additional time to file its brief is because such brief may not be necessary. A noted above, Appellant has filed a motion to dismiss for lack of jurisdiction. If the Court determines that the order subject of the appeal is not a final, appealable order, Appellant has asked that this appeal be dismissed and the case be remanded to the trial court. In that event, a brief will not be necessary. If Appellant is put to the burden of meeting the current January 7, 2016 deadline, it will result in unnecessary expense and loss of time as a result of working to prepare a brief in a timely fashion.

9.  No previous extension has been granted to extend the time to file Appellant's brief.

PRAYER

10. For these reasons, TCGG asks the Court to grant this motion, dismiss this appeal for lack of jurisdiction, and remand this case to the trial court, and grant TCGG all other relief to which it may be entitled.

Respectfully submitted,

SNEED, VINE & PERRY, P.C.
900 Congress Avenue
Suite 300
Austin, Texas 78701
512-476-6955 (Telephone)
512-476-1825 (Facsimile)

By:    /s/ Allen Halbrook
      Allen Halbrook
      State Bar No. 08721300
      ahalbrook@sneedvine.com
ATTORNEYS FOR APPELLANT,
TWIN CREEKS GOLF GROUP. L.P.


**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with Noel L. Stout by telephone on December 22, 2015, about the merits of Appellant's, Twin Creeks Golf Group, L.P., Motion to Dismiss for Lack of Jurisdiction.  Appellee, Sunset Ridge Owners Association, Inc., is opposed to the motion.

  /s/ Allen Halbrook
  Allen Halbrook

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served by e-mail and by certified mail, return receipt requested, as set out below on this 29th day of December, 2015.

Noel L. Stout
Almanza, Blackburn & Dickie, LLP
2301 S. Capital of Texas Highway, Building H
Austin, Texas 78746
nstout@abdlawfirm.com.

/s/ Allen Halbrook
Allen Halbrook